■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEMORY DRAME, Appellant. [21 NYS3d 885]—

Judgment, Supreme Court, Bronx County (Denis Boyle, J.), rendered March 28, 2012, convicting defendant, upon his plea of guilty, of making false statements in connection with an examination, and sentencing him to a fine of $300 or 90 days in jail, unanimously affirmed.

Since defendant waived prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement (*see People v Dumay*, 23 NY3d 518, 522 [2014]). The accusatory instrument sufficiently alerted defendant to the charged crimes, specified information from which his knowledge and intent could be inferred and provided reasonable cause to believe that he submitted a license application to the Department of Motor Vehicles containing false information

(*id.* at 524-526). Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.